IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Rodney Higgs
37 South Cecil St.
Philadelphia, PA.
19139
(Full name and address of the plaintiff)

ENTERED
LODGED
RECEIVED

AUG 27 2010

U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEP

v.

Civil Action No. WDQ 10 CV 2380
(Leave blank. To be filled in by Court.)

Sierra Nevada Corp.
18635 Jarkey Drive
Hagerstown, MD.
21742
(Full name and address of the defendant(s))

### COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1. Plaintiff is a resident of Philadelphia PA. 19139
   (Fill in county or city and state of residence)
2. Defendant(s) reside(s) or does business at the following location: 18635 Jarkey Drive Hagerstown Md. 21742
3. This action is brought pursuant to (check all spaces that apply):

   [✓] Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, sex, or national origin.

   [ ] Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age. My date of birth is:
   _____.

Rev. 6/2000

☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.

4. I am complaining about (check all that apply):

☐ Failure to hire me. I was refused a job on the following date: _____

☑ Termination of my employment. I was terminated from my employment on the following date: **April 21, 2009 (4-21-09)**

☐ Failure to promote me. I was refused a promotion on the following date: _____

☑ Other (explain what happened): **Racially discriminated against for the duration of my employment with said company.**

5. The conduct of Defendant(s) was discriminatory because it was based on (check all that apply):

☑ race ☐ color ☐ religion ☐ sex ☐ age ☐ national origin ☐ disability

6. The facts of my claim are: **On file with the EEOC and will be requested after filing this paperwork. I also have drawings, phone numbers and names of witness'.**

Rev. 6/2000

2

7. The approximate number of people employed by Defendant is: 1,000.

8. The events I am complaining about took place on the following dates or time period: June 2008 thru April 2009.

9. I filed charges on the following date: Jan 2009, with:

   ☑ Equal Employment Opportunity Commission (EEOC)

   ☑ Maryland Human Relations Commission

   ☐ Other (give name of agency and location): _____

10. I received a right to sue letter (attach copy) on the following date: July, 13 2010.

WHEREFORE, Plaintiff asks the Court to grant such relief as may be appropriate, including but not limited to (check all that apply):

   ☐ Injunctive relief (specify what you want the Court to order): _____

Rev. 6/2000                                3

☐ Back pay.

☐ Reinstatement to my former position.

☑ Monetary damages in the amount of: 100,000 ⁰⁰

☑ Costs and attorneys fees.

Other (specify): _____

8-21-10
(Date)

*Rodney Higgs*
(Signature)

Rodney Higgs
37 S. Cecil St.
Philadelphia, PA.
19139
(Printed name, address and phone number of Plaintiff)

Rev. 6/2000               4