IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RODNEY HIGGS, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO. WDQ-10-2380 |
| SIERRA NEVADA CORP. | * | |
| Defendant. | * | |

**ORDER**

On August 4, 2011, Plaintiff was given twenty-one days to inform the Court why the above-captioned case should not be dismissed for failure to effect service. ECF No. 13. Plaintiff has failed to respond.

Accordingly, it is this 29th day of August, 2011, by the United States District Court for the District of Maryland, hereby ordered:

1. The above-captioned case IS DISMISSED WITHOUT PREJUDICE; and

2. The Clerk SHALL CLOSE this case.

_____
William D. Quarles, Jr.
United States District Judge